**FILED**

APR 27 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | |
| ) | **5 : 22 CR 198** |
| v. ) | CASE NO. |
| ) | Title 21, United States |
| TIMOTHY BRIAN THOMAS, ) | Code, Sections 841(a)(1), |
| BRISEIDA SILVA-VALDOVINOS, ) | (b)(1)(A) and (b)(1)(B), and 846 |
| MICHAEL WILLAMAN, ) | |
| ) | |
| Defendants. ) | **JUDGE CALABRESE** |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846)

The Grand Jury charges:

1. From on or about June 3, 2021, to on or about June 17, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants TIMOTHY BRIAN THOMAS, BRISEIDA SILVA-VALDOVINOS, MICHAEL WILLAMAN, and others known and unknown to the grand jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with others to distribute and to possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846.

2. Before Defendant TIMOTHY BRIAN THOMAS committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), Distribution of a Controlled Substance,

for which he served more than 12 months imprisonment, in case number 5:11CR62, in the United States District Court for the Northern District of Ohio, on or about January 6, 2011.

## COUNT 2
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

3. On or about June 4, 2021, in the Northern District of Ohio, Eastern Division, Defendants TIMOTHY BRIAN THOMAS and MICHAEL WILLAMAN did knowingly and intentionally possess with the intent to distribute at least 500 grams but less than 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

4. Before Defendant TIMOTHY BRIAN THOMAS committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), Distribution of a Controlled Substance, for which he served more than 12 months imprisonment, in case number 5:11CR62, in the United States District Court for the Northern District of Ohio, on or about January 6, 2011.

## COUNT 3
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

5. On or about June 11, 2021, in the Northern District of Ohio, Eastern Division, Defendants TIMOTHY BRIAN THOMAS and MICHAEL WILLAMAN did knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

6. Before Defendant TIMOTHY BRIAN THOMAS committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), Distribution of a Controlled Substance, for which he served more than 12 months imprisonment, in case number 5:11CR62, in the United States District Court for the Northern District of Ohio, on or about January 6, 2011.

## FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendants TIMOTHY BRIAN THOMAS, BRISEIDA SILVA-VALDOVINOS, and MICHAEL WILLAMAN shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of such violations; any and all of their property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; including, but not limited to, the following:

   a. 2015 Chevrolet Silverado, VIN: 3GCUKREC3FG403154 [Timothy Thomas]; and
   b. 2010 Audi A5, VIN: WAULFAFR8AA035546 [Timothy Thomas]

                                                          A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.